FILED: October 19, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2119
(1:20-cv-00912-WO-JLW)

_____

PATSY J. WISE; REGIS CLIFFORD; SAMUEL GRAYSON BAUM; DONALD J. TRUMP FOR PRESIDENT, INC.; GREGORY F. MURPHY, U.S. Congressman; DANIEL BISHOP, U.S. Congressman; REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NORTH CAROLINA REPUBLICAN PARTY; CAMILLE ANNETTE BAMBINI

   Plaintiffs - Appellees

v.

DEMOCRACY NORTH CAROLINA; THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA; JOHN P. CLARK; MARGARET B. CATES; LELIA BENTLEY; REGINA WHITNEY EDWARDS; ROBERT K. PRIDDY, II; WALTER HUTCHINS

   Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the State Board of Elections; STELLA ANDERSON, in her official capacity as Secretary of the State Board of Elections; JEFF CARMON, in his official capacity as Member of the NC State Board of Elections; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections; NORTH CAROLINA STATE BOARD OF ELECTIONS

   Defendants

ROSALYN KOCIEMBA; TOM KOCIEMBA; SANDRA MALONE; CAREN RABINOWITZ; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; JADE JUREK; BARKER FOWLER; BECKY JOHNSON

Intervenors/Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:20-cv-00912-WO-JLW |
| Date notice of appeal filed in originating court: | 10/16/2020 |
| Appellant(s) | Democracy North Carolina et al. |
| Appellate Case Number | 20-2119 |
| Case Manager | Jeffrey S. Neal 804-916-2729 |