(ORDER LIST: 592 U.S.)

WEDNESDAY, OCTOBER 28, 2020

ORDER IN PENDING CASE

20A71     WISE, PATSY J., ET AL. V. CIRCOSTA, DAMON, ET AL.

        The application for injunctive relief presented to The Chief Justice and by him referred to the Court is denied.

        Justice Thomas, Justice Alito, and Justice Gorsuch would grant the application on the issue of the ballot-receipt deadline.

        Justice Barrett took no part in the consideration or decision of this application.